IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Baker, Gloria J

Printed: 10/14/08

Case Number: 04 B 24109
Judge: Wedoff, Eugene R
Filed: 6/25/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 4, 2007
Confirmed: September 16, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 32,430.54 |  |
| Secured: |  | 3,764.93 |
| Unsecured: |  | 0.00 |
| Priority: |  | 22,362.70 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 1,577.46 |
| Other Funds: |  | 2,025.45 |
| Totals: | 32,430.54 | 32,430.54 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | RoundUp Funding LLC | Secured | 3,764.93 | 3,764.93 |
| 3. | Internal Revenue Service | Priority | 16,702.50 | 22,362.70 |
| 4. | Nicor Gas | Unsecured | 2,834.01 | 0.00 |
| 5. | TCF Bank | Unsecured | 561.38 | 0.00 |
| 6. | Internal Revenue Service | Unsecured | 31,297.07 | 0.00 |
| 7. | Collins Financial Services Inc | Unsecured | 584.58 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 6,238.26 | 0.00 |
| 9. | Heilig-Meyers | Unsecured |  | No Claim Filed |
| 10. | Comcast | Unsecured |  | No Claim Filed |
| 11. | GE Capital Corporation | Unsecured |  | No Claim Filed |
| 12. | First National Bank Of Marin | Unsecured |  | No Claim Filed |
| 13. | CorTrust Bank | Unsecured |  | No Claim Filed |
| 14. | Internal Revenue Service | Unsecured |  | No Claim Filed |
| 15. | Spiegel | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 64,682.73 | $ 28,827.63 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 394.96 |
| 4% | 113.43 |
| 3% | 72.91 |
| 5.5% | 445.60 |
| 5% | 121.53 |
| 4.8% | 252.78 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Baker, Gloria J | Case Number:  04 B 24109 |
| | Judge:  Wedoff, Eugene R |
| Printed:  10/14/08 | Filed:  6/25/04 |

                    5.4%                    176.25
                                            _____
                                           $ 1,577.46

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                    Marilyn O. Marshall, Trustee, by:

